**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 10-6948**
_____

SAMMY JUNIOR MORGAN,

                Plaintiff - Appellant,

      v.

F. JENKINS; KENNETH LASSITER; RICK ANDERSON; LARRY B. TEELE,

                Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, District Judge. (5:09-ct-03197-BO)

_____

Submitted: September 30, 2010      Decided: October 13, 2010

_____

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Sammy Junior Morgan, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sammy Junior Morgan appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(e)(2)(B) (2006). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. Morgan v. Jenkins, No. 5:09-ct-03197-BO (E.D.N.C. June 23, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED